IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RENEE GARCIA, et al.,

    Plaintiffs,

v.                                          No. 1:20-cv-1006 MIS/JHR

ALBUQUERQUE INSTITUTE FOR
MATHEMATICS AND SCIENCE AT UNM,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Order Adopting Proposed Findings and Recommended Disposition filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS HEREBY ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE.**

*[signature: Margaret Strickland]*

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE